IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RODRICK HALE,**

    **Plaintiff,**

v.                                                   Case No. 4:24-cv-156-AW-MAF

**RENEE HALE, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

As the magistrate judge reports, pro se Plaintiff Rodrick Hale has neither submitted the filing fee nor filed a proper IFP motion. He has not objected to the report and recommendation concluding the court should dismiss on that basis. ECF No. 12. Hale appears to have abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on June 13, 2024.

                                                 s/ _Allen Winsor_
                                               United States District Judge